1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  BERNARD BUSHELMAN,          )     1:07-cv-01823-AWI-SMS-HC
                                )
12          Petitioner,         )     ORDER ADOPTING FINDINGS AND
                                )     RECOMMENDATION (Doc. 5)
13                              )
    v.                          )     ORDER DISMISSING PETITION
14                              )     FOR WRIT OF HABEAS CORPUS
    NEIL ADLER, Warden, et al., )
15                              )     ORDER DENYING PENDING MOTIONS
            Respondents.        )
16                              )     ORDER DIRECTING CLERK TO
    _____)     CLOSE ACTION
17

18       Petitioner is a federal prisoner proceeding pro se with a

19  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

20       On January 4, 2008, the Magistrate Judge filed Findings and a

21  Recommendation that the instant Petition for Writ of Habeas Corpus

22  be DISMISSED for failure to state a cognizable claim, and the Clerk

23  of Court be directed to enter judgment.  These Findings and

24  Recommendation were served on all parties and contained notice that

25  any objections were to be filed within thirty (30) days from the

26  date of service of that order.  On January 14, 2008, Petitioner

27  filed objections to the Findings and Recommendation.

28  //

                                 1

1    In accordance with the provisions of 28 U.S.C. § 636

2 (b)(1)(C), this Court has conducted a *de novo* review of the case.

3 Having carefully reviewed the entire file, including Petitioner's

4 objections, the Court concludes that the Magistrate Judge's

5 Findings and Recommendation are supported by the record and proper

6 analysis.  Petitioner's objections present no grounds for

7 questioning the Magistrate Judge's analysis.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.   The Findings and Recommendation, filed January 4, 2008,

10        are ADOPTED IN FULL;

11   2.   The instant Petition for Writ of Habeas Corpus is

12        DISMISSED for failure to state a cognizable claim;

13   3.   All pending motions, including the motions for a

14        decision, a court order, and for default judgment, are

15        DENIED as moot; and

16   4.   The Clerk of Court is DIRECTED to close this file.

17

18 IT IS SO ORDERED.

19 **Dated:   March 7, 2008**          _____/s/ Anthony W. Ishii_____
                                       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2