1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  BERNARD BUSHELMAN,                        1:07-cv-01823 AWI SMS (HC)

10                    Petitioner,            ORDER DISREGARDING PETITIONER'S
                                             MOTION TO DISMISS FOR LACK OF
11         v.                                JURISDICTION AND MOTION TO COMPEL
                                             AS MOOT IN LIGHT OF DISMISSAL OF
12  NEIL ADLER, Warden, et.al.,              ACTION

13                    Respondent.            [Doc. 17]
                                        /
14

15         On March 7, 2008, the instant petition for writ of habeas corpus filed pursuant to 28

16  U.S.C. § 2241 was dismissed and judgment was entered this same date.  (Court Docs. 13, 14.)

17         On April 21, 2008, Petitioner filed a motion entitled "Motion to Dismiss for Lack of

18  Jurisdiction and Motion to Compel."  (Court Doc. 17.)

19         Petitioner's motion does not provide any basis to challenge or question the instant

20  dismissal for failure to state a cognizable claim, and motion is HEREBY DISREGARDED as

21  MOOT.

22

23  IT IS SO ORDERED.

24  **Dated:    May 2, 2008**                _____/s/ Anthony W. Ishii_____
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28

1